Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Michael Ricca

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

|  |  |
|---|---|
| MICHAEL RICCA,<br><br>             Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:10-cv-02340 DLB

STIPULATION FOR DISMISSAL

        TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

        IT IS HEREBY STIPULATED by and between Michael Ricca ("Plaintiff")

and Michael J. Astrue as the Commissioner of Social Security

///

///

///

-1-

1

2    ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3    own fees, costs, and expenses.

4    DATE: June 29, 2011                    Respectfully submitted,

5                                           ROHLFING & KALAGIAN, LLP

6                                           /s/ *Marc V. Kalagian*
                                           BY:_____
7                                           Marc V. Kalagian
                                           Attorney for plaintiff Michael Ricca
8

9    DATE: June 30, 2011

10                                          BENJAMIN B. WAGNER
                                           United States Attorney
11

12                                          /s/ *Armand D. Roth*

13                                          _____
                                           Armand D. Roth
                                           Special Assistant United States Attorney
14                                          Attorneys for Defendant Michael J. Astrue,
                                           Commissioner of Social Security
15                                          (Per e-mail authorization)

16

17   IT IS SO ORDERED.

18

19   DATE: July 14, 2011
                                           /s/ Dennis L. Beck
20                                          THE HONORABLE DENNIS L. BECK
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

                                        -2-